**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Bruce Edward JIMERSON,**
**Defendant—Appellant.**

No. 02–10418.

D.C. No. CR–01–00335–LRH/RJJ.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 23, 2004.

Sharon Lever, USLV–Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Douglas A. Mitchell, Dickerson, Dickerson, Consul & Pocker, Las Vegas, NV, Bruce Edward Jimerson, pro se, Lompoc, CA, for Defendant–Appellant.

Before FERNANDEZ, W. FLETCHER, and TALLMAN, Circuit Judges.

MEMORANDUM**

Bruce Edward Jimerson appeals his guilty-plea conviction and 229–month sentence for distribution of a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Jimerson has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Jimerson has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.